# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FEDERAL-MOGUL GLOBAL INC., | ) | Case No. 01-10578 (AMW) |
| T&N LIMITED, et al.,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## ORDER AUTHORIZING THE DEBTORS TO EMPLOY SEYFARTH SHAW LLP AS SPECIAL LITIGATION COUNSEL IN MATTERS RELATED TO THE DEBTORS' EMPLOYEE PENSION PLANS PURSUANT TO 11 U.S.C. § 327(e)

Upon the application (the "Application") and the amended application (the "Amended Application") (the Application and the Amended Application hereinafter are referred to as the "Applications") of the debtors and debtors-in-possession in the above captioned chapter 11 cases (collectively, the "Debtors"), requesting entry of an order authorizing the Debtors to employ and retain Seyfarth Shaw LLP ("Seyfarth") as special litigation counsel to the Debtors on the matters described in the Amended Application pursuant to sections 327(e) of chapter 11 of title 11 of the United States Bankruptcy Code (the "Code"); and upon consideration of the Applications and all responses thereto, and Disclosure of Compensation Pursuant to Bankruptcy Code Section 329 and Bankruptcy Rule 2016, and the Affidavit of Charles C. Jackson in support of the Application and the Supplemental Affidavit of Charles C. Jackson in support of the Amended Application, and due and proper notice of the Applications having been given under the circumstances; and it appearing that Seyfarth, its partners, counsel and associates do not represent or hold any interest adverse to the Debtors or their Estates with respect to the matters upon which Seyfarth is to be employed; and it appearing that the relief requested in the Amended

---

[1] The Debtors are listed in the concurrently filed Application.

Application is in the best interest of the Estates and creditors; and after due and deliberate consideration and good cause appearing therefore, it is hereby

ORDERED, that the Amended Application be, and hereby is, granted; and it is further

ORDERED, that in accordance with section 327(e) of the Code, the Debtors are authorized to employ and retain the firm of Seyfarth as their special counsel on the terms and conditions set forth in the Amended Application; and it is further

ORDERED, that Seyfarth shall be compensated in accordance with the procedures set forth in the Amended Application; and it is further

ORDERED, that Seyfarth shall not be required to submit fee applications to the extent it is seeking payment from Chubb and not from the Estates; and it is further.

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: Wilmington, Delaware
\_\_\_\_\_12/17\_\_\_\_\_, 2003

Randall J. Newsome
United States Bankruptcy Judge

CH2 20148439.4